■

In the Matter of the Arbitration between BERLINER & WOLFMAN, INC., Respondent, and MILTON KAUFMAN, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

■

DRAKE AMERICA CORPORATION, Respondent, v. ARTHUR PRICE, Doing Business under the Name of ARTHUR PRICE ASSOCIATES, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

■

DRAKE AMERICA CORPORATION, Respondent, v. ARTHUR PRICE, Doing Business under the Name of ARTHUR PRICE ASSOCIATES, Appellant, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

■

In the Matter of LYNN F. BARNETT, Respondent, against CENTRAL PAINT & VARNISH WORKS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the inspection to proceed shall be fixed in the order. Settle order on notice. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

■

In the Matter of the Construction of the Will of EUGENE HIGGINS, Deceased. HELENE R. CHAPELLE, Appellant; UNITED STATES TRUST COMPANY OF NEW YORK, as Executor and Trustee under the Will of EUGENE HIGGINS, Deceased, et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

■

RUTH JOLIS, Respondent, v. BERNARD JOLIS, Appellant.— Plaintiff's attorneys, by divulging to her certain information obtained in the examination before trial violated the express terms of the prior order. However, we accept the statement that the attorneys did not understand that the restriction in the order applied to the plaintiff. In the circumstances we do not think there was a willful contempt. Order unanimously affirmed. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

■

RUTH JOLIS, Respondent, v. BERNARD JOLIS, Appellant.— Apart from the fact that the presence of these photographs in the court records is highly improper, there would appear to be no necessity or justification therefor. They accordingly are ordered removed. Plaintiff should not make further use of the photographs in any court proceeding except by permission of a justice of